IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA M. SCHELLENBERGER,<br><br>                  Plaintiff,<br><br>vs.<br><br>MARK ROSENBLATT, and OAKWOOD VENTURES,<br><br>                  Defendants. | **8:21CV238**<br><br>**ORDER** |

Counsel has entered an appearance on behalf of Plaintiff. A conference call was held today to determine how this case will proceed forward. Based on the representations of Plaintiff's counsel and counsel for Defendant Rosenblatt:

IT IS ORDERED that on or before December 6, 2023:

1) Plaintiff shall file a motion in furtherance of pursuing her claim(s) against Defendant Oakwood Ventures; and

2) Plaintiff and Defendant Rosenblatt shall file a joint stipulation for dismissal of Plaintiff's claims against Defendant Rosenblatt.

November 6, 2023.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge