IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA M. SCHELLENBERGER,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ROSENBLATT and<br>OAKWOOD VENTURES, LLC,<br><br>Defendants. | 8:21CV238<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Plaintiff's Motion to Dismiss with Prejudice Defendant Rosenblatt (Filing No. 75). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant Mark Rosenblatt be dismissed from this case with prejudice. Defendant Oakwood Ventures, LLC to remain a party in this matter.

Dated this 8th day of December, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge